1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICKEY LOUIS ALFORD,                )        No. C 09-03064 JF (PR)
                                    )
                Plaintiff,           )        ORDER OF DISMISSAL
                                    )
        vs.                          )
                                    )
                                    )
MICHAEL BIEN, et al.,                )
                                    )
                Defendants.          )
                                    )
_____     )        (Docket No. 2)

On July 8, 2009, Plaintiff, a state prisoner, filed the instant civil rights action

pursuant to 42 U.S.C. § 1983, and a motion for leave to proceed in forma pauperis.

(Docket No. 2.) On the same day, the clerk of the Court sent a notification to

Plaintiff that his In Forma Pauperis application was deficient because Plaintiff failed

to submit a Certificate of Funds in Prisoner's Account and a copy of his prisoner

trust account statement showing transactions for the last six months. (Docket No.

3.) The notification included the warning that the case would be dismissed if

Plaintiff failed to respond within thirty days.

The deadline has since passed, and Plaintiff has not paid the filing fee nor

filed a completed in forma pauperis application. Accordingly, this case is

Order of Dismissal
P:\PRO-SE\SJ.JF\CR.09\Alford03064_dism-ifpdef.wpd

DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

IT IS SO ORDERED.

DATED: _____10/22/09_____ _____

JEREMY FOGEL
United States District Judge

United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICKEY L. ALFORD,

                 Plaintiff,

  v.

MICHAEL BIEN, et al.,

                 Defendants.

_____/

Case Number: CV09-03064 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/5/09_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rickey Louis Alford J39242
CA State Prison-Los Angeles County
PO Box 4670
Lancaster, CA 93539

Dated: _____11/5/09_____

                                Richard W. Wieking, Clerk